IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ANITA RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-1102-T/An |
| ) | |
| ALLSTATE INSURANCE COMPANY ) | |
| and ACE AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

---

### ORDER DENYING MOTION FOR VOLUNTARY DISMISSAL

---

On April 29, 2005, the Court issued an order granting the defendants' motions for summary judgment; the order was entered on the docket on May 3, 2005. In that order, the Court noted that plaintiff had failed to respond to the motions, and had requested no extension of time in which to do so. The Court also noted that plaintiff had failed to renew her earlier motion for voluntary dismissal without prejudice, even though she had been advised that she could do so.

It now appears that plaintiff filed a renewed motion for dismissal without prejudice on the same day the Court issued its order, April 29, 2005. However, as the Court has now ruled on the merits, a voluntary dismissal without prejudice is not appropriate. Therefore,

the plaintiff's motion for dismissal without prejudice is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_3 May 2005_____
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01102 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Anita Rhodes
327 Highway 188
Alamo, TN 38001

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT