FILED BY _e_ D.C.

05 MAY -4  AM 9: 24

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

ANITA RHODES

v.

ALLSTATE INSURANCE COMPANY           CASE NUMBER:    1:04-1102-T/An
and ACE AMERICAN INSURANCE
COMPANY,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/29/2005, the Motion for Partial Summary Judgement filed by Ace on December 27, 2004, the Motion for Summary Judgement filed on March 8, 2005, and the Motion for Summary Judgement filed by Allstate on March 4, 2005 are GRANTED, and this action is hereby DISMISSED.


APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                        ROBERT R. Di TROLIO
                                        CLERK

_5/4/05_                    BY: _Evelyn Cheau_
DATE                             DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5/5/05  .

37

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01102 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Anita Rhodes
327 Highway 188
Alamo, TN 38001

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT